BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
5420 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENEEL ELAINE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation d/b/a Smith's Food & Drug #319; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01431-JAD-MDC<br><br>**STIPULATION AND ORDER FOR PARTIES TO CONDUCT THE DEPOSITION OF THE DEFENDANT'S FRCP 30(b)(6) WITNESS(ES) OUTSIDE OF DISCOVERY** |

Plaintiff, DENEEL ELAINE BROWN, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through their respective counsel submit the foregoing stipulation and order to allow the parties to conduct the deposition of the Defendant's FRCP 30(b)(6) Witness(es) after the close of discovery as follows:

Discovery in this matter closes on September 9, 2024. The last day to request an extension to the discovery deadlines was August 19, 2024.

The parties have been diligently working on setting depositions in this matter including the

1

1  manager on duty at the time of the subject incident as well as the FRCP 30(b)(6) witness(es).

2        Due to various scheduling conflicts, the parties were finally able to schedule all depositions
3  within the discovery period with the exception of the FRCP 30(b)(6) witness(es). Plaintiff's counsel
4  provided the final topics for the deposition on August 8, 2024. Defendant's counsel requested a
5  conference pursuant to LR 26-6 on August 23, 2024. At the same time, Defendant's counsel offered
6  two dates outside of discovery for the deposition of the FRCP 30(b)(6) witness(es) and agreed to
7  stipulate to conducting the deposition after the close of discovery. Plaintiff's counsel was agreeable.

8        The conference was held between Pooja Kumar, Esq. on behalf of the defendant, and John
9  C. Funk, Esq., on behalf of the plaintiff on August 28, 2024, resulting in an agreement of the scope
10 of the topics for the FRCP 30(b)(6) witness(es), along with an agreement that the deposition would
11 be conducted on September 20, 2024, starting at 10:00 a.m.

12       Counsel for both parties have verbally agreed to stipulate to conduct this deposition outside
13 of discovery in lieu of having to request an extension of the discovery deadlines for the sole purpose
14 of the FRCP 30(b)(6) deposition(s).

DATED this 29th day of August, 2024.                    DATED this 29th day of August, 2024.

MOSS BERG INJURY LAWYERS                                COOPER LEVENSON

*/s/ Boyd B. Moss*                                      */s/ Pooja Kumar*
BOYD B. MOSS III, ESQ.                                  JERRY S. BUSBY, ESQ.
Nevada Bar No. 8856                                     Nevada Bar No.1107
JOHN C. FUNK, ESQ.                                      POOJA KUMAR, ESQ.
Nevada Bar No. 9255                                     Nevada Bar No. 12988
5420 West Sahara Avenue, Suite 101                      3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89146                                 Las Vegas, Nevada 89102
*Attorneys for Plaintiff*                               *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED. The parties did not comply with LR IA 6-2, which prohibits the Order and signature block from beginning on a separate page.
The parties must comply with LR IA 6-2 for all future filings.

For good cause show, the stipulation is GRANTED.

DATED this  3rd   day of  September            , 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

MOSS BERG INJURY LAWYERS

*/s/ Boyd B. Moss*

BOYD B. MOSS, III, ESQ. Nevada Bar No. 8856
JOHN C. FUNK, ESQ. Nevada Bar No. 9255
4101 Meadows Lane Suite 110
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

3